UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  8:25-cv-00200-JLS-DFM                                                         Date: August 21, 2025
Title:  Ricardo Esparza v. McLane Foodservice Distribution, Inc. et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Kelly Davis | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE RE SANCTIONS**

This putative wage-and-hour class action is similar to three other putative wage-and-hour class actions assigned to this Court: (1) *Prado v. McLane Suneast, Inc. et al*, Case No. 2:23-cv-01220-JLS-MAR; (2) *McGowan v. McLane Company Inc. et al*, 5:24-cv-00689-JLS-MAR; and (3) *McGowan v. McLane Company, Inc. et al*, 5:24-cv-01332-JLS-MAR.  The four actions involve overlapping defendants, all of which are represented by counsel from Baker and Hostetler LLP.

Defendant McLane Foodservice Distribution, Inc. removed the instant action to federal court on February 3, 2025.  (NOR, Doc. 1.)  At that time, the *Prado* action was in discovery, and the two *McGowan* actions had been consolidated by this Court.  The instant action was assigned to Judge David O. Carter upon removal.

Local Rule 83-1.3.1 provides that:

> It shall be the responsibility of the parties to *promptly* file a Notice of Related Cases whenever two or more civil cases filed in this District: (a) arise from the same or a closely related transaction, happening, or event; (b) call for determination of

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 8:25-cv-00200-JLS-DFM | Date: August 21, 2025 |
| Title: Ricardo Esparza v. McLane Foodservice Distribution, Inc. et al | |

> the same or substantially related or similar questions of law and fact; or (c) for other reasons would entail substantial duplication of labor if heard by different judges.... The Notice of Related Cases must include a brief factual statement that explains how the cases in question are related under the foregoing factors. All facts that appear relevant to such a determination must be set forth.

C.D. Cal. R. 83-1.3.1 (paragraph structure altered and emphasis added). The Local Rules make clear that if any of the above factors are present, the filing of such a notice is not optional; the parties are to describe the relevant facts, and the Court makes the final determination as to relatedness. Further, the Civil Cover Sheet filed in every case provides counsel with the language of Local Rule 83-1.3.1 and directly asks whether the case being filed is related to any previous case filed in this district.

In removing the instant action, defense counsel checked "no" on the Civil Cover Sheet, indicating that the case is not related to any previous case filed in this district, and signed the form attesting to that effect. (Civil Cover Sheet at 3, Doc. 2.) Thereafter, defense counsel did not file a Notice of Related Case until August 11, 2025—more than six months after the case was removed to federal court. Moreover, defense counsel filed a Notice of Related Case only after Judge Carter raised the issue during a scheduling conference.

Accordingly, defense counsel are ORDERED to show cause as to why they should not be sanctioned for (1) affirmatively representing in the Civil Cover Sheet that no related case had previously been filed, and (2) failing to timely file a Notice of Related

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:25-cv-00200-JLS-DFM                                              Date: August 21, 2025
Title:  Ricardo Esparza v. McLane Foodservice Distribution, Inc. et al

Case.  Any response must be supported by written declaration and filed no later than **August 26, 2025, at 5 p.m.**

    Defense counsel are further ORDERED to file a Notice of Related Case in *McGowan v. McLane Company Inc. et al*, 5:24-cv-00689-JLS-MAR, no later than **August 26, 2025, at 5 p.m.**

                                                Initials of Deputy Clerk: kd